No. 66544.—Aut Customs Brokers, Inc., et al. v. United States, protests 60/29815, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiffs was sustained.

No. 66545.—Armeatco Import et al. v. United States, protests 61/21403, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiffs was sustained.

No. 66546.—M. S. Cowen Co. v. United States, protest 272207–KS (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

MARCH 5, 1962

No. 66547.—Hercules Division of the Cleveland Welding Co. v. United States, protest 58/430. Protest abandoned February 6, 1962. (Not published.) Plaintiff's application for rehearing granted.

No. 66548.—Ottavia, Inc. v. United States, protests 59/11586(B) and 59/170. Protests abandoned February 5, 1962. (Not published.) (Initial No. 59/170.) Plaintiff's application for rehearing granted.

No. 66549.—Judson Sheldon Division of National Carloading Corp. v. United States, protest 59/20652. Protest dismissal January 31, 1962. (Not published.) (Initial No. 159415–K.) Plaintiff's application for rehearing granted.

No. 66550.—Dessy-Atco, Inc. v. United States, protests 61/7689 and 61/7690. Protests abandoned February 2, 1962. (Not published.) (Initial No. 61/5218.) Plaintiff's application for rehearing granted.